2009-02618
FILED
September 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002105417

**2 Pages**

1  Debra I. Grassgreen (CA Bar No. 169978)
   Miriam Khatiblou (CA Bar No. 178584)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010

5  E-mail: dgrassgreen@pszjlaw.com
           mkhatiblou@pszjlaw.com

6  Attorneys for Plaintiff, Kraft Foods Global, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California Limited Partnership, et al.,<br><br>             Debtors.<br><br>_____<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>             Plaintiff<br><br>vs.<br><br>BRADLEY D. SHARP, in his capacity as Chapter 11 Trustee for SK FOODS, LP., et al.,<br><br>             Defendant. | Case No.: 09-29162-D-11<br><br>Chapter 11<br><br>DCN PSZ - 1<br><br>Adversary Proceeding No.: 09-02618<br><br>**ORDER SHORTENING TIME ON HEARING FOR KRAFT'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Place: U. S. Bankruptcy Court<br>       Courtroom 34<br>       501 I Street<br>       Sacramento, CA 95814<br>Judge: Honorable Robert S. Bardwil |

      Upon consideration of Kraft Foods Global, Inc.'s ("Kraft") Application for Order Shortening Time on Hearing on Kraft's Motion For Preliminary Injunction (the "Application"), the supporting declaration of Miriam Khatiblou and good cause appearing,

RECEIVED
September 22, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002105417

SF:67356.1

1

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED.

2. An expedited hearing on Kraft's Motion For Preliminary Injunction ("Motion") will be held in this court on <u>October 6, 2009</u>, 2009 at <u>9:30 A.M.</u>;

3. The Motion, along with all related pleadings, must be served by facsimile or electronic transmission on counsel for the Trustee no later than September <u>24</u>, 2009; and

4. Any objection to the Motion must be served five (5) days prior to the hearing.

Dat~~e~~ Dated: September 23, 2009

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court