Case 09-02618    Filed 10/01/09    Doc 26

FILED
October 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002127838

**2 PAGES**

Gregory C. Nuti (CSBN151754)
E-Mail: gnuti@schnader.com
Christopher H. Hart (CSBN 184117)
E-Mail: chart@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP,<br><br>Debtor.<br><br>―――――――――――――――――<br>KRAFT FOODS GLOBAL, INC.,<br><br>Plaintiff<br><br>vs.<br><br>BRADLEY D. SHARP, in his capacity as Chapter 11 Trustee for SK Foods, L.P., et al.<br><br>Defendant | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>DC No. PSZ-1<br><br>Adversary Proceeding No. 09-02618<br><br>CHAPTER 11 TRUSTEE'S RESPONSE TO KRAFT'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:    October 6, 2009<br>Time:    9:30 a.m.<br>Place:   U.S. Bankruptcy Court<br>         Courtroom 34<br>         501 I Street<br>         Sacramento, CA 95814<br>Judge:   Honorable Robert S. Bardwil |

Bradley D. Sharp, ("Trustee") the duly appointed and acting Chapter 11 Trustee for SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co. (collectively, the "Debtors"), hereby submits this response to Motion for Preliminary Injunction ("Motion") filed by Kraft Foods Global, Inc. ("Kraft").

By way of the Motion, Kraft requests an injunction to preserve $4,293,672.00 (the "Payment") that Kraft alleges was "mistakenly" paid to the Trustee. The Trustee has yet to complete an investigation into this matter. Accordingly, the Trustee does not oppose the Motion and will reserve against the Payment, or as otherwise ordered by the Court. The Trustee reserves the right to file an appropriate responsive pleading to the complaint filed by Kraft, or other dispositive motion.

Respectfully Submitted.

Dated: October 1, 2009          SCHNADER HARRISON SEGAL & LEWIS LLP

/s/ *Christopher H. Hart*
Christopher H. Hart
Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785