Case 09-02618    Filed 10/06/09    Doc 28

2009-02618
FILED
October 06, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002134073

3 PAGES

Gregory C. Nuti (CSBN151754)
E-Mail: gnuti@schnader.com
Christopher H. Hart (CSBN 184117)
E-Mail: chart@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 09-29162-D-11 |
| SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP, | ) Chapter 11 |
| Debtor. | ) DC No. PSZ-1 |
| KRAFT FOODS GLOBAL, INC., | ) |
| Plaintiff | ) Adversary Proceeding No. 09-02618 |
| vs. | ) |
| BRADLEY D. SHARP, in his capacity as Chapter 11 Trustee for SK Foods, L.P., et al. | ) STIPULATION AND ORDER ON KRAFT'S MOTION FOR PRELIMINARY INJUNCTION |
| Defendant | ) Date: October 6, 2009<br>) Time: 9:30 a.m.<br>) Place: U.S. Bankruptcy Court<br>   Courtroom 34<br>   501 I Street<br>   Sacramento, CA 95814<br>) Judge: Honorable Robert S. Bardwil |

PHDATA 3240918_1                      Page 1 of 3

RECEIVED
October 05, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002134073

Bradley D. Sharp, ("Trustee") the duly appointed and acting Chapter 11 Trustee for SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co. (collectively, the "Debtors"), Bank of Montreal as Prepetition Agent (the "Prepetition Agent") to the lender parties to that certain Amended and Restated Credit Agreement dated as of September 27, 2008 (as heretofore amended, the "Credit Agreement"), and Plaintiff Kraft Food Global Inc. ("Kraft"), hereby stipulate and agree, through their respective counsel of record, as follows:

## RECITALS

A. On or about September 22, 2009, Kraft filed the present adversary proceeding (the "Adversary Proceeding") and Motion for Preliminary Injunction (the "Motion") against the Trustee to enjoin the Trustee from using, transferring or dissipating the sum of $4,293,672 (the "Payment") and/or requiring the Trustee to segregate that amount into a separate account pending the resolution of the Adversary Proceeding. Kraft alleges that the Payment was mistakenly paid to the Trustee.

B. The Trustee filed the Chapter 11 Trustee's Response to Kraft's Motion for Preliminary Injunction wherein the Trustee offered to reserve against the Payment.

C. Prepetition Agent has stated an intention to file a motion to intervene in this action and to comply with the request of the Trustee in paragraph 2 of this Stipulation.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

## STIPULATION

1. The parties have met and conferred regarding the Motion. To avoid the expense of appearing at the scheduled hearing on the Motion, the parties request that the Court enter this Stipulation and Order.

2. The Trustee and the Prepetition Agent agree to hold and segregate funds in the cash collateral account established pursuant to the Final Order (I) Authorizing Debtors to Use the Secured Lenders' Cash Collateral and (II) Granting Adequate Protection to the Secured Lenders pursuant to 11 U.S.C. §§ 361, 362 and 363 and maintained at

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Harris N.A., in the amount of the Payment in order to preserve the status quo pending further order of the Court or resolution of the Adversary Proceeding.

3. Nothing herein shall be deemed as an admission by the Trustee, Prepetition Agent or Kraft who reserve their respective rights in connection with the Adversary Proceeding.

4. Any party to this stipulation may file a further motion to amend, modify or vacate the Order.

## ORDER

The Court has reviewed the terms of the Stipulation above and finds that good cause exists for the relief requested. Therefore, it is hereby ordered that the stipulation is approved.

Dated: October 06, 2009

Date

**Robert S. Bardwil, Judge**
**United States Bankruptcy Court**

SCHNADER HARRISON SEGAL & LEWIS LLP

/s/ Christopher H. Hart
Christopher H. Hart
Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

CHAPMAN AND CUTLER, LLP

By: /s/ James Spiotto
James Spiotto
Attorneys for Bank of Montreal

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Miriam Khatiblou
Miriam Khatiblou
Attorneys for Kraft Foods Global, Inc.