2009-02618
FILED
August 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003721185

**2 PAGES**

Gregory C. Nuti (CSBN 151754)
gnuti@schnader.com
Christopher H. Hart (CSBN 184117)
chart@schnader.com
Natalie Bush-Lents (CSBN 253124)
nbush-lents@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>Debtor. | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>**DC No. SH-111** |
| In re :<br><br>RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation, d/b/a Colusa County Canning Co.,<br><br>Debtor. | **ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN TRUSTEE, BANK OF MONTREAL, AND KRAFT FOODS GLOBAL, INC., PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date: August 3, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 34<br>501 I Street, 6th Floor<br>Sacramento, CA 95814<br>Judge: Hon. Robert S. Bardwil |

RECEIVED
August 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003721185

A hearing on the Motion to Approve Compromise of Controversy Between Trustee, Bank of Montreal, and Kraft Foods Global, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion"), filed by Bradley D. Sharp (the "Trustee"), the duly appointed and acting Chapter 11 trustee for SK Foods, L.P., a California limited partnership ("SK Foods"), and RHM Industrial/Specialty Foods, Inc., a California corporation, d/b/a Colusa County Canning Co. ("RHM" and collectively with SK Foods, the "Debtors"), occurred at the date and time noted above. Appearances were stated on the record. Having considered the Motion, the supporting documents filed therewith, and the statements made orally on the record, for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted. Accordingly,

1.  The compromise between the Trustee, the Bank of Montreal ("BMO") as Agent for the lender parties to that certain Amended and Restated Credit Agreement dated as of September 27, 2008, and Kraft Foods Global, Inc. ("Kraft"), the terms of which are set forth in the agreement (the "Settlement Agreement") attached as Exhibit A to the declaration of Bradley D. Sharp filed with the Motion is approved.

2.  The preliminary injunction entered on October 6, 2009 in adversary proceeding number 09-2618 is dissolved pursuant to the stipulation of the parties.

3.  The Trustee is authorized to remit the settlement payment of $1,000,000.00 to Kraft free and clear of any claims or interests of BMO.

4.  After remitting the settlement payment to Kraft, the Trustee is authorized to pay the remainder of the funds that are currently being held in the Kraft Reserve, as defined in the Settlement Agreement, to BMO as an irrevocable payment to BMO on its claims.

//
//
//
//
//

5. This order is not to be deemed a determination concerning how the funds irrevocably remitted to BMO should be credited against BMO's various claims, including, but not limited to, under the Final Order (I) Authorizing Debtors to Use the Secured Lenders' Cash Collateral and (II) Granting Adequate Protection to the Secured Lenders Pursuant to 11 U.S.C. §§ 361, 362 and 363 [Docket # 384].

**Dated:** August 25, 2011

Robert S. Bardwil, Judge
United States Bankruptcy Court