Case 09-02618　　Filed 10/17/11　　Doc 57

FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003838116

Debra Grassgreen (CA Bar No. 169978)
Miriam Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dgrassgreen@pszjlaw.com
　　　　mkhatiblou@pszjlaw.com

Attorneys for Plaintiff
Kraft Foods Global, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California Limited Partnership, et al.<br><br>　　　　　　　Debtors. | Case No.: 09-29162-D-11<br><br>Chapter 11 |
| KRAFT FOODS GLOBAL, INC.,<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>BRADLEY D. SHARP, as Chapter 11 Trustee,<br><br>　　　　　　　Defendant | Adversary Proceeding No.: 09-02618-D<br><br>**REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING** |

　　　　Plaintiff, Kraft Foods Global, Inc. and Defendant, Bradley D. Sharp, the chapter 11 trustee of the above debtors' estates, by and through their counsel, hereby stipulate, in accordance with the terms of the parties' settlement agreement approved by the Court on August 23, 2011, that this adversary proceeding shall be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: October 17, 2011          SCHNADER HARRISON SEGAL & LEWIS LLP

By  /s/ Christopher Hart
    Christopher Hart
    Counsel for Defendant, Bradley D. Sharp,
    Chapter 11 Trustee

Dated:   October 7, 2011         PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Miriam Khatiblou
    Miriam Khatiblou
    Counsel for Plaintiff, Kraft Foods Global, Inc.